Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
Henry Mazucyk

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HENRY MAZUCYK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROZLIN FINANCIAL GROUP, INC. d/b/a RFGI,<br><br>Defendant. | Case No.: 2:24-cv-02258-GMN-DJA<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Henry Mazucyk ("Plaintiff") and Defendant Rozlin Financial Group, Inc. d/b/a RFGI ("Defendant") (together, the "Parties") stipulate to dismiss Plaintiff's individual claims against Defendant with prejudice, and to dismiss the putative class claims against Defendant without prejudice. The Parties will each bear their own costs, disbursements, and attorney fees.

- 1 -

STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)

1  DATED this 13th day of November 2025.

2  **KAZEROUNI LAW GROUP, APC**

3  /s/ *Gustavo Ponce*
   GUSTAVO PONCE, ESQ.
4  MONA AMINI, ESQ.
   6940 S. CIMARRON RD., SUITE 210
5  LAS VEGAS, NEVADA 89113
   *Attorneys for Plaintiff*

7  **MESSLER STRICKLER BURNETTE, LTD.**

8  /s/ *Luke Chamberlain*
   LUKE CHAMBERLAIN, ESQ.
9  142 W STATION ST,
   BARRINGTON, IL 60010-4304
10 *Attorney for Defendant*

   IT IS SO ORDERED.

   The Clerk of Court is kindly directed to close this case.

   Dated this  20  day of November, 2025.

   _____
   Gloria M. Navarro, District Judge
   UNITED STATES DISTRICT COURT

- 2 -
STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)

**CERTIFICATE OF SERVICE**

Pursuant to LR 5-1, I hereby certify that on the 13th day of November 2025 I served the foregoing Stipulation of Dismissal on all parties and counsel of record via this Court's CM/ECF electronic filing system.

KAZEROUNI LAW GROUP, APC

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6940 S. CIMARRON RD., SUITE 210
LAS VEGAS, NEVADA 89113
*Attorneys for Plaintiff*